IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ERNEST MEDINA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV442 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL THURBER, Director, and | ) | **MEMORANDUM** |
| KEVIN WITCHER, Medical | ) | **AND ORDER** |
| Practitioner, | ) | |
| | ) | |
| Defendants. | ) | |

On March 23, 2016, the court ordered Plaintiff to file an amended complaint by April 18, 2016 or face dismissal of this action. (Filing No. 9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 19th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge